1  THOMAS P. O'BRIEN
   United States Attorney
2  ROBB C. ADKINS
   Assistant United States Attorney
3  Chief, Santa Ana Branch Office
   JOSEPH T. MCNALLY (California Bar No. 250289)
4  GREGORY W. STAPLES (California Bar No. 15505)
   Assistant United States Attorneys
5       United States Courthouse
        411 West Fourth Street
6       Santa Ana, California 92701
        Email: joseph.mcnally@usdoj.gov
7       Telephone: 714-338-3590
        Facsimile: 714-338-3561
8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

9

10                      UNITED STATES DISTRICT COURT

11                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                            SOUTHERN DIVISION

13  IN RE APPLICATION TO SEAL    )  No. SA 09-SA09-179 M
    SEARCH WARRANT AND RELATED   )
14  DOCUMENTS                    )  [PROPOSED] ORDER
                                 )
15                               )  UNDER SEAL
                                 )
16                               )
                                 )
17  _____)

18       For good cause shown, IT IS HEREBY ORDERED THAT:

19       The complaint, search and arrest warrants, and supporting

20  affidavit in the above-titled case, together with this ex parte

21  application, the memorandum of points and authorities, the

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

declaration of Joseph T. McNally, and this court's sealing order, be kept under seal until the arrest of defendant. The executing agents are permitted to provide a copy of the search warrant(s) as required by Federal Rule of Criminal Procedure 41(f).]

DATED: 4/28/09

HON. ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

**IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

DATED:

                                       HON. ROBERT N. BLOCK
                                       UNITED STATES MAGISTRATE JUDGE